DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERIC WATKINS,**
Appellant,

v.

**NICOLENE JOHNSON,**
Appellee.

No. 4D22-579

[March 16, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Sandra Perlman, Judge; L.T. Case No. CACE20015179.

Eric Watkins, Sunrise, pro se.

Alexis Fields and Seth Haimovitch of Kopelowitz Ostrow Ferguson Weiselberg Gilbert, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER, and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***